AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Melody M. LaRocca

V.

Collen IP, Intellectual Property Law, P.C.
and Donald J. Ranft, as Aider and Abettor

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CIV. 6274**

JUDGE ROBINSON

TO: (Name and address of Defendant)

Collen IP, Intellectual Propertyt Law, P.C.
80 South Highland Avenue
Ossining, New York 10562

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lyons McGovern, LLP
16 New Broadway
Sleepy Hollow, New York 10591

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon

CLERK / CLERK

(By) DEPUTY CLERK

DATE: JUL 11 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 7/22/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| JEFFREY KING | PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
COLLEN IP, INTELLECTUAL PROPERTY LAW, P.C.
80 SOUTH HIGHLAND AVE.
OSSINING, NY 10562

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___July 28, 2008___    _[signature]_
            Date                    Signature of Server

WESTCHESTER COUNTY, NY
Address of Server

July 28, 2008
AMY KING
Notary Public, State of New York
Reg. No. 01KI6149419
Qualified in Westchester County
Commission Expires July 10, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**AFFIDAVIT OF SERVICE**

| | | | |
|---|---|---|---|
| UNITED STATES DISTRICT COURT | | FILE NO.: | |
| SOUTHERN DISTRICT OF NEW YORK | FILED ON: July 11, 2008 | INDEX NO.: | 08 CIV 6274 |

MELODY M. LAROCCA,    Plaintiff(s) - Petitioner(s)

-vs-

COLLEN IP, INTELLECTUAL PROPERTY LAW, P.C., ET AL.    Defendant(s) - Respondent(s)

STATE OF NEW YORK
COUNTY OF WESTCHESTER

I, **Jeffrey King** being duly sworn, deposes and says that deponent is over the age of eighteen years, is not a party in this proceeding and resides in New York State.

On **July 22, 2008** at **2:30 PM** Deponent served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT - JURY TRIAL DEMANDED / NOTICE OF A REQUIREMENT TO SUBMIT A SCHEDULING ORDER**

upon **COLLEN IP, INTELLECTUAL PROPERTY LAW, P.C., DEFENDANT**

at address: **80 South Highland Ave.**    City & State: **Ossining, NY 10562**

**MANNER OF SERVICE**

**INDIVIDUAL 1.** [ ] By delivering a true copy of each to said recipient personally; deponent knew the person so served to be the person described as said recipient therein

**CORPORATION 2.** [X] a **DOMESTIC** corporation, by delivering thereat a true copy of each to **DONALD J. RANFT** personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be **MANAGING AGENT AND AUTHORIZED TO ACCEPT** thereof

**SUITABLE AGE PERSON 3.** [ ] by delivering thereat a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's

**AFFIXING TO DOOR, ETC. 4.** [ ] by affixing a true copy of to the door of said premises which is recipient's Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there. Deponent talked to _____ premises who stated that recipient

**MAILING TO RESIDENCE** Use with 3 or 4 **5a.** [ ] Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first postpaid envelope properly addressed to recipient at recipient's last known residence, at _____ and deposited said envelope in an official depositor under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS** Use with 3 or 4 **5b.** [ ] Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first postpaid envelope properly addressed to recipient's actual place of business, at _____ in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

**DESCRIPTION** [X] Deponent describes the person actually served as:

| | | | | | |
|---|---|---|---|---|---|
| Sex: | MALE | Skin Color: | WHITE SKIN | Hair Color: | GRAY HAIR |
| Approx. Age: | 51-65 YRS. | Approx. Height: | 5'9"-6'0" | Approx. Weight: | 161-200 LBS. |

Other identifying features:

**WITNESS FEES:** [ ] $ _____ authorizing traveling expenses and one days' witness fee

**MILITARY SERVICE** [ ] I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn before me on **July 28, 2008**

AMY KING
Notary Public, State of New York
Reg. No. 01KI6149419
Qualified in Westchester County
Commission Expires July 10, 2010

JEFFREY KING