AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern   District of   New York

Melody M. LaRocca

**SUMMONS IN A CIVIL ACTION**

V.

Collen IP, Intellectual Property Law, P.C.
and Donald J. Ranft, as Aider and Abettor

CASE NUMBER:

**08 CIV. 6274**

JUDGE ROBINSON

TO: (Name and address of Defendant)

Collen IP, Intellectual Propertyt Law, P.C.
80 South Highland Avenue
Ossining, New York 10562

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lyons McGovern, LLP
16 New Broadway
Sleepy Hollow, New York 10591

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon

CLERK                                                     JUL 1 1 2008

(By) DEPUTY CLERK                                         DATE

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 08 CIV 6274

Date Filed: 7/11/2008

Plaintiff:
**Melody M. LaRocca,**
vs.
Defendant:
**Collen IP, Intellectual Property Law, P.C., et. al.,**
State of New York, County of Albany)ss.:

Received by Westchester Court Service- Fox Advertisi to be served on **Collen IP, Intellectual Property Law, P.C.**.

I, J.R. O'Rourke, being duly sworn, depose and say that on the **28th day of July, 2008** at **2:15 pm**, I:

Served the within named **CORPORATION** by delivering two true copies of the **Summons in a Civil Action and Complaint pursuant to section 306 BCL together with statutory service fee in the amount of $40.00** to Donna Christie as Business Document Specialist I of The New York State Department of State, the New York State Department of State being the **Registered Agent** of record of the within named corporation, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5' 4", Weight: 160, Hair: Blond, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server in good standing in the jurisdiction in which the process was served.

Subscribed and Sworn to before me on the 31st day of July, 2008 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

PATRICIA A. BURKE
Notary Public, State of New York
...
Commission Expires Feb 28, 2010

_____
J.R. O'Rourke
Process Server

Westchester Court Service- Fox Advertisi
Po Box 352
Tarrytown, NY 10591
(914) 948-5200

Our Job Serial Number: 2008003055

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f