UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
MELODY M. LAROCCA,

                          Plaintiff,

                                                          Index No. 08 CIV. 6274 (SCR)

          -against-

                                                          **ECF Case**

COLLEN IP, INTELLECTUAL PROPERTY
LAW, P.C., and DONALD J. RANFT, as Aider          **NOTICE OF APPEARANCE**
and Abettor,

                          Defendants.
-------------------------------------------------------------------x

          **PLEASE TAKE NOTICE** that Defendants Collen IP, Intellectual Property Law,

P.C., and Donald J. Ranft, as Aider and Abettor, hereby appear in this action, and that the

undersigned have been retained as attorneys for said Defendants and demand that copies

of all papers and proceedings had herein be served upon the undersigned at the office

indicated below.  I certify that I am admitted to practice in this Court.


**Dated**:     August 7, 2008
          Tarrytown, New York




                                        **Law Offices of Cushner & Garvey, LLP**



                                        By: _____/s/_____
                                             Lawrence A. Garvey (LG 9113)
                                             155 White Plains Road, Suite 207
                                             Tarrytown, New York 10591
                                             T: (914) 524-9400
                                             F: (914) 524-0422