UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

MELODY M. LAROCCA,

                       Plaintiff,

   -against-

COLLEN IP, INTELLECTUAL PROPERTY
LAW, P.C., and DONALD J. RANFT, as Aider
and Abettor,

                     Defendants.

---------------------------------------------------------------x

Index No. 08 CIV. 6274 (SCR)

**ECF Case**

**RULE 7.1 STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant COLLEN IP, INTELLECTUAL PROPERTY LAW, P.C. (a private, non-governmental party) certifies that **none** of the corporate parents, affiliates and/or subsidiaries of said Defendant are publicly held.

**Dated**: August 7, 2008
       Tarrytown, New York

                               _____/s/_____

                               Lawrence A. Garvey (LG9113)
                               Law Offices of Cushner & Garvey, LLP
                               155 White Plains Road, Suite 207
                               Tarrytown, New York 10591
                               (914) 524-9400 (t)
                               (914) 524-0422 (f)
                               *Attorneys for Defendant Collen IP*