# C&G
## LAW OFFICES OF
## CUSHNER & GARVEY, L.L.P.

TODD S. CUSHNER*
LAWRENCE A. GARVEY

OF COUNSEL
NORMAN TURK
CHARLES HYMOWITZ

*ADMITTED IN NY AND NJ

155 WHITE PLAINS ROAD
SUITE 207
TARRYTOWN, NY 10591-5523

26 COURT STREET
SUITE 1705
BROOKLYN, NY 11242

914 524 9400
FAX 914 524 0422

718 722 7100
FAX 718 643 2690
WWW.CUSHNERGARVEY.COM

August 7, 2008

<u>Via Facsimile (914) 390-4179</u>

Honorable Stephen C. Robinson
United States District Judge
300 Quarropas Street
Room 633
White Plains, New York 10601

**MEMO ENDORSED**

Re.: LaRocca v. Collen IP, Intellectual Property Law, P.C., et al.
<u>Index No. 08 CIV. 6274</u>

Dear Judge Robinson,

    This office represents the defendants Collen IP, Intellectual Property Law, P.C. ("Collen IP") and Donald J. Ranft, as Aider and Abettor ("Ranft"), in the above-captioned matter currently pending before the Court. Please find attached hereto courtesy copies of defendants' Notice of Appearance and Rule 7.1 Corporate Disclosure Statement.

    Defendants Collen IP and Ranft intend to move for dismissal of this action pursuant to FED. R. CIV. P. 12(b)(6). In accordance with Your Honor's Individual Rules, we have conferred with plaintiff and respectfully submit the following proposed briefing schedule for the Court's review:

- Defendant's motion to be served upon plaintiff by August 29, 2008;
- Plaintiff's response to the motion to be served upon defendant by September 26, 2008;


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

CUSHNER & GARVEY, L.L.P.

- Defendant's reply to plaintiff's response shall be served upon plaintiff by October 10, 2008; and
- All discovery in the instant action is stayed until a decision is rendered on the instant motion.

Thank you for considering this proposed briefing schedule.

Very truly yours,

Lawrence A. Garvey (LG 9113)
The Law Offices of Cushner & Garvey, LLP
155 White Plains Road, Suite 207
Tarrytown, New York 10591
914-524-9400 (t)
914-524-0422 (f)

cc: (via email)

Mr. Kyle McGovern, Esq.
Attorney for Plaintiff, Melody LaRocca
kmcgovern@lyonsmcgovern.com

APPLICATION GRANTED
Stephen C Robinson

HON. STEPHEN C. ROBINSION
8/11/08