# AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK ) | |
| | SS: |
| COUNTY OF WESTCHESTER ) | |

I, the undersigned, being duly sworn, say:

I am not a party to the action, am over 18 years of age and reside in Nassau County, New York. On the 29th day of August, 2008, I served the within

**NOTICE OF MOTION TO DISMISS, DECLARATION OF LAWRENCE A. GARVEY, and MEMORANDUM OF LAW IN SUPPORT OF MOTION**

__X__  By mailing a copy to each of the following persons at the last known address set forth after each name below.

_____  By delivering a true copy of each personally to each person named below at the address indicated. I knew each person served to be the person mentioned and described in said papers as a party therein.

_____  By transmitting a copy to the following persons by :

___ FAX at the telephone number set forth after each name.

____ E-MAIL at the email address set forth after each name below, which was designated by the attorney for such purpose, and by mailing a copy to the address set forth after each name.

_____  By dispatching a copy by overnight delivery to each of the following persons at the last known address set forth after each name below via DHL Waybill # _____.

Mr. Kyle McGovern
Lyons McGovern LLP
16 New Broadway
Sleepy Hollow, New York 10591

_____
Dana S. Chrisomalis

Sworn to before me on the
29th day of August, 2008

_____
Notary Public

LAWRENCE GARVEY
Notary Public, State of New York
No. 02GA6083844
Qualified in Rockland County
Commission Expires December 2, 20_10_